**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Helen Mayfield v. Capital One, National Association

Appellate case number:   01-18-00762-CV

Trial court case number:  2017-48720

Trial court:             269th District Court of Harris County

On January 17, 2019, we abated this appeal and remanded the case to the trial court to determine whether appellant, Helen Mayfield, must pay the cost of preparation of the appellate record. *See* TEX. R. APP. P. 145(a), (f). On March 1, 2019, the trial court denied appellant's Motion for a Free Appellate Record and ordered her to "pay all court costs," "all additional costs, charges for record, and [a]ppellate costs as they are due." We then reinstated the appeal and directed appellant to make arrangements to pay the fee for preparation of the record on appeal. *See* TEX. R. APP. P. 34.5(a), (b), 34.6(b), 35.3(a), (b). The clerk's record was due to be filed no later than May 9, 2019 but has not been filed.[1] The trial court clerk has notified the Clerk of this Court that the clerk's record has not been filed because appellant has not paid, or made payment arrangements, for the clerk's record.

Accordingly, **no later than 30 days from the date of this order**, appellant is directed to cause the clerk's record to be filed or submit written evidence from the trial court clerk that she has paid, or made arrangements to pay, the fee for preparation and filing of the clerk's record. *See* TEX. R. APP. P. 34.5(a), (b), 35.3(a)(2).

If a clerk's record is not filed or appellant does not submit written evidence from the trial court clerk that she has paid, or made arrangements to pay, the fee for preparing and filing the clerk's record, **we may dismiss this appeal without further notice.** *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

---

[1]    The Clerk of this Court previously directed the trial court clerk to file a clerk's record containing pleadings and orders related to appellant's motions for a free appellate record. And, we advised appellant that the clerk's record did not need to include the items included in the clerk's record filed in this appeal on January 8, 2019, or the supplemental clerk's records filed on January 11 and March 22, 2019.

1

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑ Acting individually ☐ Acting for the Court

Date: __May 30, 2019__